MN-305
(10/00)

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

Unclaimed Dividends/Distribution Less Than $5 For Deposit To Registry Fund

Debtor: Tom Schmidt Associates Inc.

Chapter 7 Case No. 05-43606

Please Check One:

☐ Unclaimed Dividends

☒ Distribution Less Than $5

| Name and Address of Creditor | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| Ikon Office Solutions<br>Accts Receivable Center, Attn: BKY<br>5400 Bowman Road<br>Macon, GA 31210 | 3 | $364.55 | $4.42 |
| Madsen Fixture & Millwork, Inc.<br>921 - 15th Street SW<br>P.O. Box 12<br>Forest Lake, MN 55025-0012 | 5 | $321.00 | $3.88<br>=========<br>$8.30 |

Date: December 31, 2009

Trustee
Dwight R. J. Lindquist
1510 Rand Tower
Minneapolis, MN 55402
(612) 332-8871   #63538