UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

Unclaimed Dividends/Distribution Less Than $5 For Deposit To Registry Fund

Debtor: Tom Schmidt Associates, Inc.

Chapter 7 Case No. 05-43606

Please Check One:

☐ Unclaimed Dividends

☒ Distribution Less Than $5

| Name and Address of Creditor | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| Ikon Office Solutions | 3 | | $0.58 |
| Armor Security, Inc. | 4 | | 1.35 |
| Madsen Fixture & Accounting | 5 | | 0.51 |
| NSP dba Xcel Energy | 8 | | 4.49 |
| T-Mobile | 9 | | 3.37 |
| Ameripride | 12 | | 4.69 |
| TOTAL | | | $14.99 |

Date: May 5, 2010

Trustee
Dwight R. J. Lindquist
1510 Rand Tower
Minneapolis, MN 55402
(612) 332-8871   #63538